UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LOVELYNN GWINN individually, and on     :
behalf of all others similarly          :     22cv2883 (DLC)
situated,                               :
                                        :         ORDER
                            Plaintiff,  :
                                        :
            -v-                         :
                                        :
LAIRD SUPERFOOD INC.,                   :
                                        :
                            Defendant.  :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On September 19, 2022, counsel for the defendant submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         September 22, 2022

                                     _____
                                              DENISE COTE
                                     United States District Judge