```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LOVELYNN GWINN,                          :
                                         :
                      Plaintiff,         :
                                         :      22cv2883 (DLC)
         -v-                             :
                                         :         ORDER
LAIRD SUPERFOOD INC.,                    :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received on December 14, 2022 the parties' request to hold the initial pretrial conference remotely, it is hereby

ORDERED that the initial pretrial conference scheduled for **January 5, 2023** at **2:30 p.m.** shall be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 15, 2022

                                                _____
                                                    DENISE COTE
                                       United States District Judge