```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv2883 (DLC)
LOVELYNN GWINN,                           :
                                          :         ORDER
                           Plaintiff,     :
                                          :
               -v-                        :
                                          :
LAIRD SUPERFOOD INC.,                     :
                           Defendant.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' joint status update, dated May 5, 2023, it is hereby

ORDERED that the schedule for any Rule 702 motions on the issue of metrology only is as follows:

- Motion served by June 30, 2023
- Opposition served by July 21, 2023
- Reply served by July 28, 2023

IT IS FURTHER ORDERED that at the time any reply brief is filed, the moving party shall supply two (2) courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 11, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge