```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :        22cv2883 (DLC)
LOVELYNN GWINN,                       :
                                      :          ORDER
                    Plaintiff,        :
                                      :
           -v-                        :
                                      :
LAIRD SUPERFOOD INC.,                 :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 11, 2023, the Court set a briefing schedule for the parties' Rule 702 motions on the issue of metrology. Accordingly, it is hereby

ORDERED that at the time any Rule 702 motion papers are filed, the filing party shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 15, 2023

                          _____
                                    DENISE COTE
                          United States District Judge