```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :    22cv2883 (DLC)
LOVELYNN GWINN,                            :
                                           :         ORDER
                              Plaintiff,   :
                                           :
              -v-                          :
                                           :
LAIRD SUPERFOOD INC.,                      :
                              Defendant.   :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 8, 2023, the Court issued an Opinion and Order granting the defendant's June 30, 2023, motion to exclude the expert report and testimony of Nidal Kahl. Accordingly, it is hereby

ORDERED that, by **September 22, 2023**, the parties shall submit a joint letter proposing a schedule for the remainder of this litigation.

Dated:   New York, New York
         September 8, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge